≈AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

<u>United States District Court</u>   District of  <u>Delaware</u>

RECEIVED-DCC

MAR 07 2008

SUPPORT SERVICES MANAGER

Jamie S. Dixon
Plaintiff

V.

State of Delaware
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

08 - 152

CASE NUMBER: 550, 2007

FILED
MAR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, <u>Jamie S. Dixon</u> declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration <u>Delaware Correctional Center</u>

   Are you employed at the institution? <u>No</u>  Do you receive any payment from the institution? <u>No</u>

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. <u>N/A</u>

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes     ☒ No
   b. Rent payments, interest or dividends                ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
   d. Disability or workers compensation payments        ☐ Yes     ☒ No
   e. Gifts or inheritances                              ☐ Yes     ☒ No
   f. Any other sources                                  ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

_____   *Jamie S. Dixon*
Date                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT

United States District court   District of Delaware

Jamie Dixon
Plaintiff

V.

State of Delaware
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

08 - 152

08 - 52

CASE NUMBER: 550, 2007

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

  ☐ The clerk is directed to file the complaint.

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this _____ day of _____, _____.

_____
Signature of Judge

_____
Name and Title of Judge

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08-152

TO: Janie Dixon  SBI#: 219854

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 7, 2008

FILED
MAR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of September 2007 to February 29, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Sept  | 0 |
| Oct   | 0 |
| Nov   | 0 |
| Dec   | 0 |
| Jan   | 2.26 |
| Feb   | 0 |

Average daily balances/6 months: .37

Attachments
CC: File

Stacy Shane
3/7/08

[signature]
3/7/08