IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMIE S. DIXON,                          )
                                         )
          Petitioner,                    )
                                         )
v.                                       )     Civil Action No. 08-152-SLR
                                         )
PERRY PHELPS,                            )
Warden, and ATTORNEY                     )
GENERAL OF THE STATE                     )
OF DELAWARE,                             )
                                         )
          Respondents.                   )

**AEDPA ELECTION FORM**

1. _____    I wish the court to rule on my § 2254
              petition as currently pending. I realize
              that the law does not allow me to file
              successive or later petitions unless I
              receive certification to do so from the
              United States Court of Appeals for the
              Third Circuit; therefore, this petition
              will be my one opportunity to seek federal
              habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
              include all the grounds I have. I will
              do so within thirty (30) days. I realize
              that the law does not allow me to file
              successive or later petitions unless I
              receive certification to do so from the
              United States Court of Appeals for the
              Third Circuit; therefore, this amended
              all-inclusive petition will be my one
              opportunity to seek federal habeas corpus
              relief.

FILED

MAY 12 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

_____
Petitioner

I/M Name _S. Dyes_

SBI# X8654 _____ UNIT C. C-89

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

US District Court

Clerk of the Court

844 North King Street

Wilmington, DE 19801