D.I. # _____

# CIVIL ACTION
# NUMBER: 08CV 152 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.85 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.75 |

RECEIVED
Postmark
2008
RODNEY SQ
WILM, DE
19801

Sent To: **WARDEN PERRY PHELPS**
Street, Apt. No.; or PO Box No.: **DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
City, State, ZIP+4: **SMYRNA DE 19977**

PS Form 3800, August 2006            See Reverse for Instructions

7007 3020 0002 3321 4594