D.I. #_____

# CIVIL ACTION
# NUMBER: 08-152  SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **WARDEN PERRY PHELPS**
    **DELAWARE CORRECTIONAL CENTER**
    **1181 PADDOCK ROAD**
    **SMYRNA DE 19977**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JAMES A. [illegible]   C. Date of Delivery: 6/5

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 3321 4394

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540