IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMIE S. DIXON** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-152-SLR |
| | ) | |
| **PERRY PHELPS,** Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

    a. Del. Super. Ct. Crim. Dkt. 0609002845

    b. Opening brief (550, 2007)

    c. Motion to Affirm (550, 2007)

    d. February 7, 2008 Order (550, 2007)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: September 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on September 3, 2008, I will mail, by United States Postal Service, the same documents to the following non-registered participant:

Jamie S. Dixon
SBI # 00219854
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  September 2, 2008